FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 12 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                     NO. 4:01CR00155-05 JMM
                       NO. 4:09CR00160-01 JLH

STEVEN MCPHERSON                                                      DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Tuesday, March 12, 2013, for the scheduled hearing on the government's motion to revoke supervised release filed in each of the above referenced cases. Assistant United States Attorney Michael S. Gordon was present for the government. The defendant appeared in person with his attorney, Mr. J. Blake Hendrix, Jr.

Upon inquiry from the Court, the defendant admitted the technical violation contained in the motion to revoke. The defendant admitted to the unlawful use of a controlled substance, specifically he admitted the use of phencyclidine on November 16, 2012, and January 31, 2013; and the use of a K2 herbal product on or about February 8, 2013. McPherson theorized that the February 5, 2013, and February 12, 2013, positive drug tests for phencyclidine were residual from the January 31, 2013, usage. Accordingly, the Court finds that the violations admitted by defendant occurred, and the motion to revoke is GRANTED. Document #280 in case number 4:01CR00155-05 JMM; and Document #36 in case number 4:09CR00160-01 JLH.

IT IS THEREFORE ORDERED that defendant be sentenced to **EIGHT (8) MONTHS IMPRISONMENT in each case to run concurrently, with no term of supervised release to follow.** The defendant must self-surrender to the designated Bureau of Prisons facility by **2:00 p.m. on MONDAY, APRIL 15, 2013.**

IT IS FURTHER ORDERED that the defendant's supervised release term is hereby extended up to, and including, April 15, 2013. The defendant is placed in the third-party custody of his mother, Shirley McPherson, until his surrender date.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 12th day of March, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE